PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Dolias**                                   Docket No. 19CR295-1

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW LUIS BAEZ PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant , who was placed under pretrial release supervision by the Honorable Steven C. Mannion, United States Magistrate Judge sitting in the Court at Newark, on October 22,2019 under the following conditions:

$100,000 Unsecured Appearance Bond.  The following conditions were imposed:
1. Pretrial Services Supervision.
2. Surrender all passports/travel documents. Do not apply for new travel documents.
**3. Travel restricted to New Jersey unless otherwise approved by Pretrial Services. (Limited travel to MD/FL was mentioned on record)**
4. Substance abuse testing and/or treatment as directed by Pretrial Services.
5. Mental Health testing and/or treatment as directed by Pretrial Services.
6. Maintain current residence or a residence approved by Pretrial Services.
7. Maintain or actively seek employment.

Respectfully presenting petition for action of Court and for cause as follows:

PRAYING THAT THE COURT WILL ORDER the modification of the bail to substitute condition three (3) on the Order Setting Conditions of Release with the following condition:

3. Travel restricted to the Continental United States preapproved by Pretrial Services.

And removal of condition number five (5).

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 30th day of April, 2020 and ordered filed and made a part of the records in the above case. | Executed on _____ |
| _____<br>Honorable John Michael Vazquez<br>U.S. District Judge | |
| Date: 4/29/2020 | _____<br>Luis Bae<br>U.S. Pretrial Services Officer |